UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOOTH FAMILY TRUST,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL DELL, et al.,<br><br>   Defendants. | Case No. 20-cv-03079-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Edward J. Davila for consideration of whether the case is related to *Lamartina v. VMware, Inc. et al*, Case No. 5:20-cv-02182-EJD.

**IT IS SO ORDERED.**

Dated: 5/13/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge