Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE BOOTH FAMILY TRUST,

        Plaintiff(s),

v.

MICHAEL DELL, et al.,

        Defendant(s).

Case No: 4:20-cv-03079

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

    I, MARK D. SMILOW, an active member in good standing of the bar of Eastern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, The Booth Family Trust in the above-entitled action. My local co-counsel in this case is Joel E. Elkins, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| WeissLaw LLP, 1500 Broadway, 16th Fl. New York, NY 10036 | WeissLaw LLP, 9107 Wilshire Blvd., Ste. 450 Beverly Hills, CA 90210 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 682-3025 | (310) 208-2800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| msmilow@weisslawllp.com | jelkins@weisslawllp.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MD2809.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/12/20

                                MARK D. SMILOW
                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of MARK D. SMILOW is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/19/2020

                             *Haywood S. Gill Jr.*
                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _Douglas C. Palmer_, Clerk of this Court,

certify that _Mark David Smilow_, Bar # _-----_,

was duly admitted to practice in this Court on _09/11/1995_, and is in good standing as a member

of the Bar of this Court.

Dated at _Brooklyn_ on _04/20/2020_
*(Location)* *(Date)*

Douglas C. Palmer
*CLERK OF COURT*

Freddie Valderrama, *DEPUTY CLERK*

