UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

THE BOOTH FAMILY TRUST, et al.,
Plaintiffs,

v.

MICHAEL DELL, et al.,
Defendants.

Case No.20-cv-03079-EJD

**JUDGMENT**

On March 21, 2023, the Court issued an order granting Defendants Anthony Bates, Marianne Brown, Michael Brown, Donald Carty, Michael Dell, Egon Durban, Karen Dykstra, Patrick Gelsinger, Paul Sagan, and Zane Rowe's and Nominal Defendant VMware, Inc.'s (together, "Defendants") Motion to Dismiss Consolidated Second Amended Shareholder Derivative Complaint without leave to amend.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs the Booth Family Trust, Hugues Gervat, and Stacie Williams. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 21, 2023

EDWARD J. DAVILA
United States District Judge