Robert V. Prongay (SBN 270796)
Pavithra Rajesh (SBN 323055)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: prajesh@glancylaw.com

Joel E. Elkins (SBN 256020)
WEISS LAW
611 Wilshire Boulevard, Suite 808
Beverly Hills, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
Email: jelkins@weisslawllp.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VMWARE, INC. STOCKHOLDER DERIVATIVE LITIGATION, | Case No. 5:20-cv-03079-EJD<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs the Booth Family Trust, Hugues Gervat, and Stacie Williams (collectively, "Plaintiffs"), derivatively on behalf of nominal defendant VMware, Inc., hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion to Dismiss Consolidated Second Amended Shareholder Derivative Complaint, dated March 21, 2023 (ECF No. 89) and attached hereto as Exhibit A. The Judgment, also entered on March 21, 2023 (ECF No. 90) and attached hereto as Exhibit B, terminated the action. Plaintiff's Representation Statement is attached to this Notice as Exhibit C, pursuant to Circuit Rule 3-2.

DATED: April 19, 2023

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Pavithra Rajesh*
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels (*pro hac vice*)
Daniella Quitt
745 Fifth Avenue, Fifth Floor
New York, NY 10151
Email: bsachsmichaels@glancylaw.com
Email: dquitt@glancylaw.com

**WEISS LAW**
David C. Katz (*pro hac vice*)
Mark D. Smilow (*pro hac vice*)
Joshua M. Rubin (*pro hac vice* to be filed)
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: dkatz@weisslawllp.com
Email: msmilow@weisslawllp.com
Email: jrubin@weisslawllp.com

**WEISS LAW**
Joel E. Elkins (SBN 256020)
611 Wilshire Boulevard, Suite 808
Beverly Hills, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
Email: jelkins@weisslawllp.com

*Co-Lead Counsel for Plaintiffs*