| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 25 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: VMWARE, INC. STOCKHOLDER DERIVATIVE LITigation,

_____

BOOTH FAMILY TRUST; et al.,

        Plaintiffs-Appellants,

 v.

ANTHONY BATES; et al.,

        Defendants-Appellees.

No. 23-15595

D.C. No. 5:20-cv-03079-EJD
Northern District of California,
San Jose

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 12), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator